**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

---

**No. 21-7216**

---

BARNEY ADRIAN DUNLAP,

       Petitioner - Appellant,

   v.

DAVID MITCHELL, Superintendent, Lanesboro Correctional Institution,

       Respondent - Appellee.

---

Appeal from the United States District Court for the Western District of North Carolina, at Statesville.  Frank D. Whitney, District Judge.  (5:15-cv-00139-MR)

---

Submitted:  March 29, 2022                        Decided:  March 31, 2022

---

Before HARRIS, QUATTLEBAUM, and HEYTENS, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Barney Adrian Dunlap, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Barney Adrian Dunlap seeks to appeal the district court's orders denying relief on his 28 U.S.C. § 2254 petition and denying his motion to alter or amend the judgment. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

In civil cases, parties have 30 days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214 (2007).

The district court entered its order denying the motion to alter or amend on March 23, 2016. Dunlap filed the notice of appeal at the earliest, on August 8, 2021, the date he certified he placed his notice of appeal in the mail. *See* Fed. R. App. P. 4(c); *Houston v. Lack*, 487 U.S. 266, 276 (4th Cir. 1988). Because Dunlap failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal.[*] We deny as unnecessary Dunlap's request for a certificate of appealability.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

---

[*] Moreover, Dunlap previously appealed the district court's orders denying his § 2254 petition and his motion to alter or amend the judgment and may not do so a second time.

2